USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
In re BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC., :
:
                               Debtor.  X
-----------------------------------------------------------------:
:
MAYFAIR VENTURES, G.P., *et al.*, :
:
                              Appellants, :
:
            v. :
:
IRVING H. PICARD, *Trustee for the Liquidation* :
*of Bernard L. Madoff Investment Securities LLC,* :
:
:
                               Appellee. :
-----------------------------------------------------------------X

1:22-cv-7711-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    This appeal has been assigned to me for all purposes. Pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellant's brief must be served and filed by 30 days after the "docketing of notice that the record has been transmitted or is available electronically." Appellee's brief must be served and filed within 30 days after service of Appellant's brief, and Appellant may serve and file a reply brief within 14 days after service of Appellee's brief.

    SO ORDERED.

Dated: September 12, 2022
New York, New York

                                                                GREGORY H. WOODS
                                                      United States District Judge