USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
In re BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
: 1:22-cv-7711-GHW
Debtor.  X
----------------------------------------------------------------: ORDER
:
MAYFAIR VENTURES, G.P., *et al.*, :
:
Appellants, :
:
v. :
:
IRVING H. PICARD, *trustee for the liquidation* :
*of Bernard L. Madoff Investment Securities LLC*, :
:
Appellee. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the Court's September 22, 2022 conference, Appellee's September 15, 2022 request for leave to file a motion to dismiss, Dkt. No. 7, is granted. The deadline for Appellee to file and serve its motion to dismiss is October 6, 2022. Appellant's opposition is due October 20, 2022; Appellee's reply, if any, is due October 27, 2022. The briefing deadlines previously set out in the Court's September 12, 2022 order, Dkt. No. 3, are stayed until the resolution of this motion.

SO ORDERED.

Dated: September 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge